UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:23-CR-13-RWS-JBB |
| | § | |
| KYLE SHALOR SEBER (1) | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that the Report and Recommendation of United States Magistrate Judge (Docket No. 12) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's plea of true to part of allegation one, possession of methamphetamine, as set forth in the Government's petition (Docket No. 2) is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED** and Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one (1) day, with no term of supervised release to follow said term of imprisonment. The Court requests the Bureau of Prisons designate the federal correctional institute Texarkana for service of sentence.

The Court will enter judgment forthwith.

**IT IS SO ORDERED.**

**SIGNED this 30th day of April, 2025.**

*[signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE